[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-16881
Non-Argument Calendar
_____

D.C. Docket No. 2:13-cr-00135-JES-MRM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HOLLIE REMILLARD,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(September 8, 2017)

Before JORDAN, ROSENBAUM and JULIE CARNES, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Hollie Remillard in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Remillard's revocation and sentence are **AFFIRMED**.